UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Briyith E. Lopez Lopez**

V.    CIVIL ACTION NO. **20-10145-DJC**

**Charles et al**

### ORDER OF DISMISSAL

CASPER, D.J.

In accordance with the Memorandum and Order dated January 26, 2020, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

January 26, 2020    /s/ Matthew M. McKillop
Deputy Clerk